UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BETH S. GATES,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

CASE NO. C14-1902BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**.

    (2)    The case is REMANDED to the Social Security Administration for the purpose of entering a finding of disability.

    (3)    Judgment is for Plaintiff and this case should be closed.

Dated this 21st day September, 2015.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER